JOSE CONTRERAS
PFN: UJJ 824
CDC# F61330
5325 Broder Blvd.
Dublin, Calif. 94568

530

1
2
3
4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    1606 TEH

(PR)

| | |
|---|---|
| Jose Contreras, Plaintiff, | Case No. _____ |
| V. | Writ of Habeus Corpus |
| State of California, Department of Corrections, Defendant. | |

        Now comes the plaintiff
Jose Contreras before this
Honorable Court, and asks that
the above entitled Writ be
granted in his favor.
        On Feb. 28, 2008 the
plaintiff appeared before the
Parole Board at the Alameda
County Santa Rita Jail, and was

1  given eight months, with half
2  time, but with the plaintiff being
3  housed in a county jail he is apt
4  only to receive two thirds time.
5      In Pasqual vs. State of
6  California, Department of Correc-
7  tions 242 F.3d 345 the court came
8  to the conclusion that a state
9  prisoner housed in a contract
10 facility is eligible for the same
11 good time credits as a prisoner
12 housed in a state prison, mainly
13 because it isn't his fault that he
14 is being housed in a NON-Depart-
15 ment of corrections facility, due
16 to over crowding, and that it
17 violates his 8th const. Ammend.
18 to be free from Cruel, and
19 unusual punishment.
20      Therefore the plaintiff asks
21 this Honorable court to order the
22 Department of corrections to
23 award him his half time, as the
24 Parole Board gave him.
25 Dated: 3/17/08
26              Respectfully submitted
27              Jose Contreras
                Jose Contreras
28

JOSE CONTRERAS
PFN: UJJ824
CDC# F61330
5325 Broder Blvd.
Dublin, Calif. 94568

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Contreras,                Case No. _____
    Plaintiff,
                               Declaration Of
                               Plaintiff
    V.

State Of California,
Department Of
Corrections,
    Defendant.

    I Jose Contreras declare as follows:
    1. I am the plaintiff in the above entitled action.
    2. I am a state prisoner being housed at the Alameda County Jail, where I am serving time for a parole violation.
    I declare under the penalty of perjury under the laws of the United States that the foregoing

1  is true, and correct to the best
2  of my knowledge.
3  Dated:  3/17/08

4

5              *Jose Contreras*
6              JOSE CONTRERAS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Clerk of the court
450 Golden Gate
San Francisco, CA.
94101

RECEIVED

MAR 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA