IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONTRERAS,<br><br>    Petitioner,<br><br>  vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | No. C 08-01606 TEH (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT COMPLETE *IN FORMA PAUPERIS* APPLICATION |

Petitioner, a California state inmate at the Santa Rita Jail in Dublin, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner failed to pay the appropriate filing fee, so on March 24, 2008, this court's clerk sent him a notice that he must pay the filing fee or file a completed In Forma Pauperis Application within thirty days or the case would be dismissed.

On April 14, 2008, petitioner filed an in forma pauperis application. However, the application is insufficient because: 1) petitioner failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison; and 2) petitioner failed to provide a prisoner's trust account statement for the preceding six month period.

Within **thirty (30) days** from the date this order is filed, petitioner must submit a Certificate of Funds in Prisoner's Account and a copy of prisoner's trust

account statement for the six month period immediately preceding March 24, 2008, the date the instant petition was filed. Failure to comply in accordance with this order will result in the dismissal of this action without further notice to petitioner.

IT IS SO ORDERED.

DATED: April 22, 2008

THELTON E. HENDERSON
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE CONTRERAS,

        Plaintiff,

  v.

STATE OF CA et al,

        Defendant.

Case Number: CV08-01606 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Contreras CDC#F61330
Santa Rita Jail
PFN #:UJJ824
5325 Broder Blvd.
Dublin, CA 94568

Dated: April 23, 2008

                              Richard W. Wieking, Clerk
                              By: Frank Justiliano, Deputy Clerk