IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONTRERAS,<br><br>   Petitioner,<br><br> vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>   Respondent. | No. C 08-01606 TEH (PR)<br><br>ORDER DIRECTING PETITIONER TO PROVIDE COURT WITH CURRENT ADDRESS |

  Petitioner, a California state inmate at the Santa Rita Jail in Dublin, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  Petitioner failed to pay the appropriate filing fee, so on March 24, 2008, the Court's clerk sent him a notice that he must pay the filing fee or file a completed In Forma Pauperis Application within thirty days or the case would be dismissed.

  On April 14, 2008, Petitioner filed an in forma pauperis application which was insufficient because: 1) Petitioner failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison; and 2) Petitioner failed to provide a prisoner's trust account statement for the preceding six month period.

  On April 23, 2008, the Court issued an order granting Petitioner an extension of time to submit a complete in forma pauperis application by May 23, 2008, and ordered that failure to comply with the order would result in the dismissal of this action without further notice to Petitioner.

On May 2, 2008, a copy of the order addressed to Petitioner was returned to the Court as undeliverable. To date, Petitioner has not provided the Court with his current address, nor has he paid the filing fee or submitted a complete in forma pauperis application.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The Court may, without prejudice, dismiss an action when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

To avoid dismissal under Local Rule 3-11, **Petitioner must provide a written communication indicating his current address within sixty days of the date his mail was returned to the court as undeliverable, that is, by July 1, 2008.** In order to ascertain whether Petitioner still is incarcerated at Santa Rita Jail, the Clerk shall mail this order to Petitioner there. If Petitioner is incarcerated at Santa Rita Jail, he shall so notify the Court in writing by July 1, 2008, and shall address the insufficiency of his in forma pauperis application. If, however, the order is returned to the Court as not deliverable, and Petitioner has not provided a forwarding address by July 1, 2008, the petition will be dismissed without prejudice under Local Rule 3-11 and for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

DATED:   06/19/08

THELTON E. HENDERSON
United States District Judge

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CA et al,<br><br>　　　　Defendant.<br>_____ / | Case Number: CV08-01606 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Contreras CDC#F61330
Santa Rita Jail
PFN #:UJJ824
5325 Broder Blvd.
Dublin, CA 94568

Dated: June 19, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk