IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE CONTRERAS,

        Petitioner,

  vs.

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Respondent.

No. C 08-01606 TEH (PR)

ORDER OF DISMISSAL

    Petitioner, a California state inmate at the Santa Rita Jail in Dublin, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 2, 2008, a copy of a Court order addressed to Petitioner was returned to the Court as undeliverable. For the reasons stated in its order entered June 19, 2008, the Court directed Petitioner to provide a current address by July 1, 2008, or face dismissal of the petition pursuant to Local Rule 3-11 and Rule 41(b) of the Federal Rules of Civil Procedure. On June 26, 2008, a copy of the June 19 order addressed to Petitioner was returned to the Court in an envelope marked "Not in Custody - Return to Sender."

    Petitioner has not provided the Court with a forwarding address as required by Local Rule 3-11 and by Court order. Accordingly, the petition is DISMISSED without prejudice pursuant to Local Rule 3-11 and Rule 41(b) of the Federal Rules of Civil Procedure.

United States District Court
For the Northern District of California

1   The Clerk of the Court shall enter judgment in accordance with this order,
2   terminate all pending motions, and close the file.
3   SO ORDERED.
4
5   DATED: 07/02/08
6   THELTON E. HENDERSON
    United States District Judge

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE CONTRERAS,

        Plaintiff,

  v.

STATE OF CA et al,

        Defendant.

Case Number: CV08-01606 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Contreras CDC#F61330
Santa Rita Jail
PFN #:UJJ824
5325 Broder Blvd.
Dublin, CA 94568

Dated: July 2, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk