<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5        IN THE UNITED STATES DISTRICT COURT
6       FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  JOSE CONTRERAS,
                                         No. C 08-01606 TEH (PR)
9           Petitioner,
10     vs.                               JUDGMENT
11  STATE OF CALIFORNIA
    DEPARTMENT OF
12  CORRECTIONS,
13          Respondent.
14  _____/
15     For the reasons stated in the order of dismissal, the petition is DISMISSED
16  without prejudice. Judgment is entered in favor of Respondent.
17  IT IS SO ORDERED AND ADJUDGED.
18
19  DATED: 07/02/08
                                         _____
20                                       THELTON E. HENDERSON
                                         United States District Judge
21

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CA et al,<br><br>　　　　Defendant. | Case Number: CV08-01606 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Contreras CDC#F61330
Santa Rita Jail
PFN #:UJJ824
5325 Broder Blvd.
Dublin, CA 94568


Dated: July 2, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk