

RECEIVED 00.59°

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

30  07/10/08

NIXIE    945   5C 1

RETURN TO SENDER
NOT DELIVERABLE TO ADDRESSED
UNABLE TO FORWARD

BC: 94102340999   *2905-12506-10-26

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

94102@3465

Jose Contreras CDC#F61330
Santa Rita Jail
PFN #:UJJ824
5325 Broder Blvd.
Dublin, CA 94568

CV08-01606 THE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE CONTRERAS,

Petitioner,

vs.

STATE OF CALIFORNIA
DEPARTMENT OF
CORRECTIONS,

Respondent.
_____/

No. C 08-01606 TEH (PR)

ORDER OF DISMISSAL

Petitioner, a California state inmate at the Santa Rita Jail in Dublin, filed a
pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 2, 2008, a copy of a Court order addressed to Petitioner was returned
to the Court as undeliverable. For the reasons stated in its order entered June 19,
2008, the Court directed Petitioner to provide a current address by July 1, 2008, or
face dismissal of the petition pursuant to Local Rule 3-11 and Rule 41(b) of the
Federal Rules of Civil Procedure. On June 26, 2008, a copy of the June 19 order
addressed to Petitioner was returned to the Court in an envelope marked "Not in
Custody - Return to Sender."

Petitioner has not provided the Court with a forwarding address as required
by Local Rule 3-11 and by Court order. Accordingly, the petition is DISMISSED
without prejudice pursuant to Local Rule 3-11 and Rule 41(b) of the Federal Rules
of Civil Procedure.

1    The Clerk of the Court shall enter judgment in accordance with this order,

2    terminate all pending motions, and close the file.

3    SO ORDERED.

4

5    DATED: _____7/2/08_____

6                                                THELTON E. HENDERSON
                                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    G:\PRO-SE\TEH\HC.08\Contreras1606.dismiss 41b.wpd

27

28

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE CONTRERAS,

Plaintiff,

v.

STATE OF CA et al,

Defendant.

_____/

Case Number: CV08-01606 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Contreras CDC#F61330
Santa Rita Jail
PFN #:UJJ824
5325 Broder Blvd.
Dublin, CA 94568

Dated: July 2, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE CONTRERAS,

          Petitioner,

   vs.

STATE OF CALIFORNIA
DEPARTMENT OF
CORRECTIONS,

          Respondent.

_____/

No. C 08-01606 TEH (PR)

JUDGMENT

For the reasons stated in the order of dismissal, the petition is DISMISSED

without prejudice. Judgment is entered in favor of Respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED:  7/2/08

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.08\Contreras1606.judgmt.wpd

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE CONTRERAS,

Plaintiff,

v.

STATE OF CA et al,

Defendant.

Case Number: CV08-01606 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Contreras CDC#F61330
Santa Rita Jail
PFN #:UJJ824
5325 Broder Blvd.
Dublin, CA 94568

Dated: July 2, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk